**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JAMES BRADLEY SMITH**
**LEWELLEN BRIDGES**                                                                                   **PLAINTIFF**

**v.**                                          **Case No. 3:22-cv-00168-JM**

**DOES, 1-3, Two Male**
**Ambulance Employees**                                                                        **DEFENDANTS**

## ORDER

Plaintiff James Bridges's motion to proceed *in forma pauperis* is granted.[1] He reports living on social security income and supporting several dependents.[2] The law requires that I screen the Complaint.[3]

Bridges alleges that Doe EMTs performed unlawful surgery on him and sexually assaulted him while he was being transported to a hospital.[4] Bridges asserts the EMTS attempted to murder him and threatened him by saying they had two places to bury him.[5] An action is frivolous if its allegations are "fanciful . . . fantastic or delusional," its "factual contentions are clearly baseless," or it is "based on an indisputably meritless legal theory."[6] A "finding of frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible."[7]

---

[1] *See Martin-Trigona v. Stewart*, 691 F.2d 856, 857 (8th Cir. 1982) (*per curiam*) (complaint can be filed if plaintiff qualifies by economic status under 28 U.S.C. § 1915(a)).

[2] Pl.'s Mtn. for Leave to Proceed IFP, Doc. 1.

[3] 28 U.S.C. § 1915(e)(2).

[4] Complaint, Doc. 2.

[5] *Id*. at 6.

[6] *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992); *Nietzke v. Williams*, 490 U.S. 319, 327-29 (1989).

[7] *Denton*, 504 U.S. at 33.

Bridge's claims fall into this category. Accordingly, his complaint will be dismissed without prejudice.

IT IS THEREFORE ORDERED that:

1.      Bridge's motion to proceed *in forma pauperis* (Doc. 1) is GRANTED.

2.      The Complaint (Doc. 2) is DISMISSED without prejudice.

3.      The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.[8]

Dated, this 13th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[8] 28 U.S.C. § 1915(a)(3).