IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES BRADLEY SMITH
LEWELLEN BRIDGES                                                              PLAINTIFF

v.                        Case No. 3:22-cv-00168-JM

DOES, 1-3, Two Male
Ambulance Employees                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 13th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE